

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-19-00447-CV

Reynaldo **GARZA**, and D/B/A Crown Duty Free, Gerardo Garza, Crown Duty Free, LLC and
Crown Duty Free, Inc.,
Appellants

v.

**VOLTRON DUTY FREE**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH000767-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The trial court's judgment was signed on May 30, 2019. Because appellant timely filed a motion for new trial and notice of appeal, the clerk's record and reporter's record were due to be filed in this court on September 27, 2019. *See* TEX. R. APP. P. 35.1(a). Neither record has been filed. The trial court clerk has filed a notification of late record stating that appellant has failed to request and pay, or make arrangements to pay, the fees for preparing the clerk's record and that appellant is not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellant provide written proof to this court ***within ten (10) days*** of the date of this order that ***either*** (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee and any additional contents of the clerk's record have been designated pursuant to TEX. R. APP. P. 34.5(b), and (2) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6 (b), and the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; ***or*** (3) appellant is entitled to appeal without paying the clerk's fee and the court reporter's fee.

If appellant fails to respond within the time provided, and the clerk's record is not timely filed, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Liza A. Rodriguez_

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.



_Luz Estrada_

Luz Estrada,
Chief Deputy Clerk